| | |
|---|---|
| Jane M. Flynn, Bar No. 167466<br>FEDERAL EXPRESS CORPORATION<br>2601 Main Street, Suite 340<br>Irvine, California 92614<br>Telephone:  (949) 862-4643<br>Facsimile:   (949) 862-4605<br>E-mail:  jane.flynn@fedex.com<br><br>Attorney for Defendant<br>FEDERAL EXPRESS CORPORATION | **JS-6** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX CORPORATE SERVICES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. SACV 11-01823-JVS-JPR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**[STIPULATION FOR DISMISSAL FILED CONCURRENTLY HEREWITH]**<br><br>Complaint Filed:  September 28, 2011<br>Trial Date:   April 16, 2013 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear its own costs and attorney's fees.

SO ORDERED.

Dated: August 27, 2012           By: /s/ James V. Selna
                                                        HON. JAMES V. SELNA
                                                        UNITED STATES DISTRICT COURT

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

943133  (60-13526)

1

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. SACV 11-01823-JVS-JPR